[No. 11715–1–II.  Division Two.  July 6, 1989.]

BILLY JOE KADLECEK, *Appellant,* v. JERRY SEVERN, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Jefferson County, No. 86–2–00176–9, William E. Howard, J., entered January 11, 1988. *Affirmed* by unpublished opinion

per Reed, J., concurred in by Petrich, A.C.J., and Worswick, J.